UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Haoxiang Gao,

    Defendant.

_____/

Criminal No. 25-mj-30310

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. On May 13, 2025, upon the government's motion, the Honorable Elizabeth A. Stafford ordered that the complaint, arrest warrant, and all attendant papers in this case be sealed.

2. Since that time, the government has determined that sealing these papers is no longer necessary to protect the integrity of this criminal investigation. The government therefore respectfully requests that the complaint and arrest warrant be unsealed at this time.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/ T. Patrick Martin*
T. Patrick Martin P86940

                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                Thomas.Martin@usdoj.gov
Dated: May 30, 2025                     (313) 226-9168

**IT IS SO ORDERED.**

                                                s/David R. Grand
                                                David R. Grand
                                                United States Magistrate Judge

Entered: May 30, 2025